## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON DIVISION

IN RE:                                    Case No. 22-18032-MBK
                                          Chapter 13
Nayana R Desai
aka Nayana Desai

Debtor(s).

## **NOTICE OF APPEARANCE**

**U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2016-2**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 26th day of October, 2022, to the following:

Brian Gregory Hannon
Law Office of Norgaard O`Boyle
184 Grand Avenue
Englewood, NJ 07631
bhannon@norgaardfirm.com
***Attorney for Debtor(s)***


Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
***Chapter 13 Trustee***


U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Nayana R Desai aka Nayana Desai
855 New Dover Rd
Edison, NJ 08820-1806

***Debtor(s)***


By:        __/s/ Steven K. Eisenberg__
              Steven K. Eisenberg, Esquire