Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18032−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nayana R Desai
   aka Nayana Desai
   855 New Dover Rd
   Edison, NJ 08820−1806

Social Security No.:
   xxx−xx−4581

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           12/14/22
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: November 10, 2022
JAN: pbf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18032-MBK |
| Nayana R Desai | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2022 | Form ID: 132 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nayana R Desai, 855 New Dover Rd, Edison, NJ 08820-1806 |
| cr | + | U.S. Bank National Association, as Trustee for Vel, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 519733176 | + | Ice Lender Holding, LLC, 31 W 34th St # 4FL, New York, NY 10001-3268 |
| 519733177 | + | JFK Health System, 65 James St, Edison, NJ 08820-3903 |
| 519733178 | | Neelam, Inc,, 672 Mount Prospect Ave, Newark, NJ 07104-3110 |
| 519733179 | + | Nihar S. Talathi, 41 Carver Ave, Iselin, NJ 08830-2337 |
| 519733180 | | Polsinelli PC, 600 3rd Ave # 42FL, New York, NY 10016-1901 |
| 519733181 | | Ramesh Desai, 855 New Dover Rd, Edison, NJ 08820-1806 |
| 519733183 | | Schiller, Knapp, Lefkowitz & Hertzel, 555 US Highway 1 S Ste 420, Iselin, NJ 08830-3151 |
| 519733185 | # | Stern & Eisenberg, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 519733187 | | TD Bank, PO Box 1448, Greenville, NC 27835-1448 |
| 519733189 | | US Bank National Association as Trustee, 190 S La Salle St Fl 7, Chicago, IL 60603-3556 |
| 519733190 | | Victoria Capital Trust, c/o Wilmington Savings Fund Society, FSB, 15 Maple St # 2FL, Summit, NJ 07901-5008 |
| 519754110 | + | Victoria Capital Trust, f/k/a Toorak Repo Seller I, 15 Maple Street, Second Floor West, Summit, NJ 07901-5008 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2022 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2022 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519733172 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 10 2022 21:05:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519733173 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2022 21:23:31 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519733174 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2022 21:12:42 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519733175 | | Email/Text: mrdiscen@discover.com | Nov 10 2022 21:04:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519741232 | | Email/Text: mrdiscen@discover.com | Nov 10 2022 21:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519741280 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2022 21:12:28 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519733186 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2022 21:12:29 | SYW MC/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519733182 | | Email/Text: bk-notification@sps-law.com | Nov 10 2022 21:04:00 | Schachter Portnoy, LLC, 3490 US Highway 1 Ste |

Case 22-18032-MBK    Doc 17    Filed 11/12/22    Entered 11/13/22 00:16:41    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 132 | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | | 6, Princeton, NJ 08540-5920 |
| 519733184 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 10 2022 21:07:00 | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519733188 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2022 21:12:30 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
docs@russotrustee.com

Brian Gregory Hannon
on behalf of Debtor Nayana R Desai bhannon@norgaardfirm.com
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon
on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Michael C. Hughes
on behalf of Creditor Victoria Capital Trust f/k/a Toorak Repo Seller I Trust, by and through its Trustee, Wilmington Savings Fund Society, FSB mhughes@polsinelli.com, docket@polsinelli.com;robrien@polsinelli.com;dbauleo@polsinelli.com

Steven Eisenberg
on behalf of Creditor U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2016-2 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6