Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18032−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nayana R Desai
   aka Nayana Desai
   855 New Dover Rd
   Edison, NJ 08820−1806

Social Security No.:
   xxx−xx−4581

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/23/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 23, 2022
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nayana R Desai  
    Debtor

Case No. 22-18032-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Nov 23, 2022      Form ID: 148      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nayana R Desai, 855 New Dover Rd, Edison, NJ 08820-1806 |
| cr | + | U.S. Bank National Association, as Trustee for Vel, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 519733176 | + | Ice Lender Holding, LLC, 31 W 34th St # 4FL, New York, NY 10001-3268 |
| 519733177 | + | JFK Health System, 65 James St, Edison, NJ 08820-3903 |
| 519733178 | | Neelam, Inc,, 672 Mount Prospect Ave, Newark, NJ 07104-3110 |
| 519733179 | + | Nihar S. Talathi, 41 Carver Ave, Iselin, NJ 08830-2337 |
| 519733180 | | Polsinelli PC, 600 3rd Ave # 42FL, New York, NY 10016-1901 |
| 519733181 | | Ramesh Desai, 855 New Dover Rd, Edison, NJ 08820-1806 |
| 519733183 | | Schiller, Knapp, Lefkowitz & Hertzel, 555 US Highway 1 S Ste 420, Iselin, NJ 08830-3151 |
| 519733185 | # | Stern & Eisenberg, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 519733187 | | TD Bank, PO Box 1448, Greenville, NC 27835-1448 |
| 519733189 | | US Bank National Association as Trustee, 190 S La Salle St Fl 7, Chicago, IL 60603-3556 |
| 519733190 | | Victoria Capital Trust, c/o Wilmington Savings Fund Society, FSB, 15 Maple St # 2FL, Summit, NJ 07901-5008 |
| 519754110 | + | Victoria Capital Trust, f/k/a Toorak Repo Seller I, 15 Maple Street, Second Floor West, Summit, NJ 07901-5008 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 23 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 23 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519733172 | | EDI: TSYS2 | Nov 24 2022 01:28:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519733173 | | EDI: CAPITALONE.COM | Nov 24 2022 01:28:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519769796 | + | EDI: AIS.COM | Nov 24 2022 01:28:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519733174 | | EDI: CITICORP.COM | Nov 24 2022 01:28:00 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519733175 | | EDI: DISCOVER.COM | Nov 24 2022 01:28:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519741232 | | EDI: DISCOVER.COM | Nov 24 2022 01:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519741280 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 20:38:21 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519733186 | | EDI: CITICORP.COM | Nov 24 2022 01:28:00 | SYW MC/CBNA, 5800 S Corporate Pl, Sioux |

Case 22-18032-MBK    Doc 30    Filed 11/25/22    Entered 11/26/22 00:11:11    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2022 | Form ID: 148 | Total Noticed: 27 |

| 519733182 | Email/Text: bk-notification@sps-law.com | | |
|---|---|---|---|
| | | Nov 23 2022 20:29:00 | Falls, SD 57108-5027<br>Schachter Portnoy, LLC, 3490 US Highway 1 Ste 6, Princeton, NJ 08540-5920 |
| 519733184 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Nov 23 2022 20:30:00 | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519733188 | EDI: CITICORP.COM | | |
| | | Nov 24 2022 01:28:00 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2022              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Metropolitan Life Insurance Company bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Brian Gregory Hannon | on behalf of Debtor Nayana R Desai bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Michael C. Hughes | on behalf of Creditor Victoria Capital Trust  f/k/a Toorak Repo Seller I Trust, by and through its Trustee, Wilmington Savings Fund Society, FSB mhughes@polsinelli.com, docket@polsinelli.com;robrien@polsinelli.com;dbauleo@polsinelli.com |
| Steven Eisenberg | on behalf of Creditor U.S. Bank National Association  as Trustee for Velocity Commercial Capital Loan Trust 2016-2 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7